CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 07 2010

JOHN F. CORCORAN, CLERK
BY:
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JASON CLEM, | ) |
| Plaintiff, | ) Civil Action No. 7:10cv00169 |
| | ) |
| v. | ) **ORDER** |
| | ) |
| GENE JOHNSON, et al., | ) By: Samuel G. Wilson |
| Defendants. | ) United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that Clem's claim regarding the 68 banned publications shall be and hereby is **DISMISSED without prejudice**. Inasmuch as the only facts alleged against defendants Wright, Jennings, and Watson were in regard to this claim, they are hereby **TERMINATED** as defendants to this action. Further, inasmuch as Clem alleges not facts against defendants Garman and Bivens, they are hereby **TERMINATED** as defendants to this action.

Accordingly, only Clem's claims regarding the confiscation of his book against defendants Cochrane, Collins, Combs, and Ravizee, and his claims regarding the denial of non-music compact discs against defendants Johnson, Jabe, and John or Jane Doe, remain. The court will serve these claims by separate order.

The Clerk of the Court is directed to send a certified copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 4th day of June, 2010.

United States District Judge