# Appendix Table of Contents

Exhibit A (amended)(2 pages) List of Challenged Disapproved Publications

Exhibit B (1 page) Memo showing the unavailability of Administrative Remedies for Publications

Exhibit C (6 pages) Complaint, Grievance and Appeals showing Exhaustion of non-music cd claims

Exhibit D (10 pages) Complaint, Grievances, and Appeals showing attempts at Exhaustion of the claims surrounding "Draconomicon" and other information related to those claims.

Exhibit E (4 pages) Memos from the Publication Review Committee showing books approved

Exhibit F (2 pages) Memos on the non-music cd policy

Exhibit G (1 page) CD order that was denied

Exhibit H (3 pages) Complaint, Grievance, and Appeal showing attempt at Exhausting the claim of unconstitutional orders by Major J. Combs

Exhibit I (10 pages) Orders showing the denial of 68 publications

Affidavit of Jason Clem
Affidavit of Jesse Clem



**VIRGINIA DEPARTMENT OF CORRECTIONS**
Personal Property Request – Add/Drop

Effective Date: August 1, 2009
Operating Procedure 802.1 Attachment #4

Instructions: Regulated items purchased from the commissary and all items purchased from an approved mail order vendor must have prior approval from the Personal Property Officer, and must be added to your personal property inventory. Submit this completed form along with any order blank, a Withdrawal Request, and a stamped, addressed envelope to Personal Property Officer. All mail order purchases must be prepaid from your trust fund account.

Offender Name: _____  Number: _____  Housing: _____

I request approval to purchase the items listed below, to be paid for from my personal funds in my Offender account.

| Add to Inventory or Replace Current Item | Item Description: | Size | Color | Qty. | Cost |
|---|---|---|---|---|---|
| ☐ Add ☒ Replace | 1. | | | 1 | $ |
| ☐ Add ☒ Replace | 2. | | | 1 | $ |
| ☐ Add ☒ Replace | 3. | | | 1 | $ |
| ☐ Add ☒ Replace | 4. | | | 1 | $ |
| ☐ Add ☒ Replace | 5. | | | 1 | $ |
| ☐ Add ☒ Replace | 6. | | | 1 | $ |
| ☐ Add ☒ Replace | 7. | | | 1 | $ |

I will purchase these items from: ☐ Commissary ☒ Mail Order Vendor  Subtotal:
Vendor: _____  Tax:
Address: _____  Shipping/Handling:
Other Charges:
City: _____ State: _____ Zip: _____  Total:

All items or publications ordered will be inspected for compliance with Operating Procedure 802.1 and/or Operating Procedure 803.2, before I can receive them. I understand that, if they are found not in compliance with DOC operating procedures, I will not be permitted to have them.

I also understand that any publications or property ordered which contain unauthorized advertising items that I am not permitted to have at this facility (to include but not limited to stickers, CDs, collector cards, make-up samples, calendars, etc.) may have the unauthorized items removed and disposed of without notifying me so I can receive my order or publication.

Offender Signature: _____  Date: 7-18-10

Your order is: ☐ Approved ☒ Disapproved, For the following reason: _____

Property Officer Signature: _____  Date: _____

| Business Office Use: | ☐ Sufficient funds (forward to vendor) ☐ Insufficient funds (order disapproved) | Initials: | Date: |

I will drop the following from my inventory: Use numbers to match replacement items above, if appropriate. (The items to be dropped from inventory should be brought to personal property to be disposed of in accordance with a Property Disposition Form.)

| 1. | 2. | 3. |
|---|---|---|
| 4. | 5. | 6. |
| 7. | Offender Signature: | |

Date items received in Personal Property: _____  Date issued to offender: _____
Date added to inventory or disposition date: _____
Offender Signature: _____  Date: _____
Property Officer Signature: _____  Date: _____

Original: Personal Property File  Copy: Offender

Revision Date: 2/26/09

Exhibit 1
Page 2

VIRGINIA DEPARTMENT OF CORRECTIONS  
Personal Property Request – Add/Drop

Effective Date: August 1, 2009  
Operating Procedure 802.1 Attachment #4

Instructions: Regulated items purchased from the commissary and all items purchased from an approved mail order vendor must have prior approval from the Personal Property Officer, and must be added to your personal property inventory. Submit this completed form along with any order blank, a Withdrawal Request, and a stamped, addressed envelope to Personal Property Officer. All mail order purchases must be prepaid from your trust fund account.

Offender Name: _____ Number: _____ Housing: _____

I request approval to purchase the items listed below, to be paid for from my personal funds in my Offender account.

| Add to Inventory or Replace Current Item | Item Description: | Size | Color | Qty. | Cost |
|---|---|---|---|---|---|
| ☐ Add ☑ Replace | 1. | | | 1 | |
| ☐ Add ☑ Replace | 2. | | | 1 | |
| ☐ Add ☑ Replace | 3. | | | 1 | |
| ☐ Add ☐ Replace | 4. | | | 1 | |
| ☐ Add ☑ Replace | 5. | | | 1 | |
| ☐ Add ☑ Replace | 6. | | | 1 | |
| ☐ Add ☑ Replace | 7. | | | 1 | |

I will purchase these items from: ☐ Commissary ☑ Mail Order Vendor    Subtotal: _____

Vendor: _____    Tax: _____

Address: _____    Shipping/Handling: _____

Other Charges: _____

City: _____ State: _____ Zip: _____ Total: _____

All items or publications ordered will be inspected for compliance with Operating Procedure 802.1 and/or Operating Procedure 803.2, before I can receive them. I understand that, if they are found not in compliance with DOC operating procedures, I will not be permitted to have them.

I also understand that any publications or property ordered which contain unauthorized advertising items that I am not permitted to have at this facility (to include but not limited to stickers, CDs, collector cards, make-up samples, calendars, etc.) may have the unauthorized items removed and disposed of without notifying me so I can receive my order or publication.

Offender Signature: _____ Date: 7-18-10

Your order is: ☐ Approved ☑ Disapproved, For the following reason: _____

Property Officer Signature: _____ Date: _____

Business Office Use: ☐ Sufficient funds (forward to vendor)  ☐ Insufficient funds (order disapproved)    Initials: _____ Date: _____

I will drop the following from my inventory: Use numbers to match replacement items above, if appropriate. (The items to be dropped from inventory should be brought to personal property to be disposed of in accordance with a Property Disposition Form.)

1.  
2.  
3.  
4.  
5.  
6.  
7.  

Offender Signature: _____

Date items received in Personal Property: _____ Date issued to offender: _____

Date added to inventory or disposition date: _____

Offender Signature: _____ Date: _____

Property Officer Signature: _____ Date: _____

Original: Personal Property File  Copy: Offender

Revision Date: 2/26/09

Page 3

VIRGINIA DEPARTMENT OF CORRECTIONS
Personal Property Request – Add/Drop

Effective Date: August 1, 2009
Operating Procedure 802.1 Attachment #4

Instructions: Regulated items purchased from the commissary and all items purchased from an approved mail order vendor must have prior approval from the Personal Property Officer, and must be added to your personal property inventory. Submit this completed form along with any order blank, a Withdrawal Request, and a stamped, addressed envelope to Personal Property Officer. All mail order purchases must be prepaid from your trust fund account.

Offender Name: _____ Number: _____ Housing: _____

I request approval to purchase the items listed below, to be paid for from my personal funds in my Offender account.

| Add to Inventory or Replace Current Item | Item Description: | Size | Color | Qty. | Cost |
|---|---|---|---|---|---|
| ☐ Add ☑ Replace | 1. | | | 1 | |
| ☐ Add ☑ Replace | 2. | | | 1 | |
| ☐ Add ☑ Replace | 3. | | | 1 | |
| ☐ Add ☑ Replace | 4. | | | 1 | |
| ☐ Add ☑ Replace | 5. | | | 1 | |
| ☐ Add ☑ Replace | 6. | | | 1 | |
| ☐ Add ☑ Replace | 7. | | | 1 | |

I will purchase these items from: ☐ Commissary ☑ Mail Order Vendor     Subtotal:

Vendor: _____     Tax:

Address: _____     Shipping/Handling:

Other Charges:

City: _____ State: MI Zip: _____     Total:

All items or publications ordered will be inspected for compliance with Operating Procedure 802.1 and/or Operating Procedure 803.2, before I can receive them. I understand that, if they are found not in compliance with DOC operating procedures, I will not be permitted to have them.

I also understand that any publications or property ordered which contain unauthorized advertising items that I am not permitted to have at this facility (to include but not limited to stickers, CDs, collector cards, make-up samples, calendars, etc.) may have the unauthorized items removed and disposed of without notifying me so I can receive my order or publication.

Offender Signature: _____ Date: 7-13-10

Your order is: ☐ Approved ☑ Disapproved, For the following reason: _____

Property Officer Signature: _____ Date: _____

| Business Office Use: | ☐ Sufficient funds (forward to vendor) ☐ Insufficient funds (order disapproved) | Initials: | Date: |
|---|---|---|---|

I will drop the following from my inventory: Use numbers to match replacement items above, if appropriate. (The items to be dropped from inventory should be brought to personal property to be disposed of in accordance with a Property Disposition Form.)

1.     2.     3.
4.     5.     6.
7.     Offender Signature: _____

| Date items received in Personal Property: | Date issued to offender: |
|---|---|
| Date added to inventory or disposition date: | |
| Offender Signature: | Date: |
| Property Officer Signature: | Date: |

Original: Personal Property File   Copy: Offender

Revision Date: 2/26/09

Page 4

VIRGINIA DEPARTMENT OF CORRECTIONS
Personal Property Request – Add/Drop

Effective Date: August 1, 2009
Operating Procedure 802.1 Attachment #4

Instructions: Regulated items purchased from the commissary and all items purchased from an approved mail order vendor must have prior approval from the Personal Property Officer, and must be added to your personal property inventory. Submit this completed form along with any order blank, a Withdrawal Request, and a stamped, addressed envelope to Personal Property Officer. All mail order purchases must be prepaid from your trust fund account.

Offender Name: Jason Clem    Number: 1185220 / 350362    Housing: B221-T

I request approval to purchase the items listed below, to be paid for from my personal funds in my Offender account.

| Add to Inventory or Replace Current Item | Item Description: | Size | Color | Qty. | Cost |
|---|---|---|---|---|---|
| ☐ Add ☑ Replace | 1 Book "Dungeons and Dragons Players Handbook" | | | | $28.00 |
| ☐ Add ☑ Replace | 2 Book "D+D Monster Manual Core Rulebook III" | | | | $23.00 |
| ☐ Add ☐ Replace | 3 Book "D+D Dungeon Master's Guide" | | | | $28.00 |
| ☐ Add ☑ Replace | 4 Book "D+D Monster Manual II by Ed Bonny" | | | | $22.00 |
| ☐ Add ☑ Replace | 5 Book "D+D Monster Manual IV by Gygax + Arneson" | | | | $24.00 |
| ☐ Add ☑ Replace | 6 Book "D+D Monster Manual V by Gygax + Arneson" | | | | $24.00 |
| ☐ Add ☑ Replace | 7 Book "Campaign Setting by Morgan + West + Drolking" | | | | $32.00 |

I will purchase these items from: ☐ Commissary  ☑ Mail Order Vendor    Subtotal:

Vendor: The Hit Pointe    Tax:
Address: 540 North Lapeer Rd 255    Shipping/Handling: $5.00
    Other Charges:
City: Orion    State: MI    Zip: 48362    Total: $197.00

All items or publications ordered will be inspected for compliance with Operating Procedure 802.1 and/or Operating Procedure 803.2, before I can receive them. I understand that, if they are found not in compliance with DOC operating procedures, I will not be permitted to have them.

I also understand that any publications or property ordered which contain unauthorized advertising items that I am not permitted to have at this facility (to include but not limited to stickers, CDs, collector cards, make-up samples, calendars, etc.) may have the unauthorized items removed and disposed of without notifying me so I can receive my order or publication.

Offender Signature: Jason Clem    Date: 7-18-10

Your order is: ☐ Approved  ☒ Disapproved, For the following reason: _____

Property Officer Signature: _____    Date: _____

| Business Office Use: | ☐ Sufficient funds (forward to vendor)  ☐ Insufficient funds (order disapproved) | Initials: | Date: |
|---|---|---|---|

I will drop the following from my inventory: Use numbers to match replacement items above, if appropriate. (The items to be dropped from inventory should be brought to personal property to be disposed of in accordance with a Property Disposition Form.)

| 1. 7 books | 2. | 3. |
|---|---|---|
| 4. | 5. | 6. |
| 7. | Offender Signature: Jason Clem | |

Date items received in Personal Property:    Date issued to offender:
Date added to inventory or disposition date:
Offender Signature:    Date:
Property Officer Signature:    Date:

Original: Personal Property File   Copy: Offender

Revision Date: 2/26/09

**VIRGINIA DEPARTMENT OF CORRECTIONS**
Personal Property Request – Add/Drop

Effective Date: August 1, 2009
Operating Procedure 802.1 Attachment #4

Instructions: Regulated items purchased from the commissary and all items purchased from an approved mail order vendor must have prior approval from the Personal Property Officer, and must be added to your personal property inventory. Submit this completed form along with any order blank, a Withdrawal Request, and a stamped, addressed envelope to Personal Property Officer. All mail order purchases must be prepaid from your trust fund account.

Offender Name: _____ Number: _____ Housing: _____

I request approval to purchase the items listed below, to be paid for from my personal funds in my Offender account.

| Add to Inventory or Replace Current Item | Item Description: | Size | Color | Qty. | Cost |
|---|---|---|---|---|---|
| ☐ Add ☑ Replace | 1. | | | 1 | |
| ☐ Add ☑ Replace | 2. | | | 1 | |
| ☐ Add ☑ Replace | 3. | | | 1 | |
| ☐ Add ☑ Replace | 4. | | | 1 | |
| ☐ Add ☐ Replace | 5. | | | 1 | |
| ☐ Add ☑ Replace | 6. | | | 1 | |
| ☐ Add ☑ Replace | 7. | | | 1 | |

I will purchase these items from: ☐ Commissary ☑ Mail Order Vendor     Subtotal:

Vendor: _____     Tax:

Address: _____     Shipping/Handling:

Other Charges:

City: _____ State: _____ Zip: _____ Total:

All items or publications ordered will be inspected for compliance with Operating Procedure 802.1 and/or Operating Procedure 803.2, before I can receive them. I understand that, if they are found not in compliance with DOC operating procedures, I will not be permitted to have them.

I also understand that any publications or property ordered which contain unauthorized advertising items that I am not permitted to have at this facility (to include but not limited to stickers, CDs, collector cards, make-up samples, calendars, etc.) may have the unauthorized items removed and disposed of without notifying me so I can receive my order or publication.

Offender Signature: _____ Date: 7-18-10

Your order is: ☐ Approved ☑ Disapproved, For the following reason: _____

Property Officer Signature: _____ Date: _____

| Business Office Use: | ☐ Sufficient funds (forward to vendor) ☐ Insufficient funds (order disapproved) | Initials: | Date: |
|---|---|---|---|

I will drop the following from my inventory: Use numbers to match replacement items above, if appropriate. (The items to be dropped from inventory should be brought to personal property to be disposed of in accordance with a Property Disposition Form.)

| 1. | 2. | 3. |
|---|---|---|
| 4. | 5. | 6. |
| 7. | Offender Signature: | |

Date items received in Personal Property:     Date issued to offender:

Date added to inventory or disposition date:

Offender Signature:     Date:

Property Officer Signature:     Date:

Original: Personal Property File   Copy: Offender

Revision Date: 2/26/09

**VIRGINIA DEPARTMENT OF CORRECTIONS**
Personal Property Request – Add/Drop

Effective Date: August 1, 2009
Operating Procedure 802.1 Attachment #4

Instructions: Regulated items purchased from the commissary and all items purchased from an approved mail order vendor must have prior approval from the Personal Property Officer, and must be added to your personal property inventory. Submit this completed form along with any order blank, a Withdrawal Request, and a stamped, addressed envelope to Personal Property Officer. All mail order purchases must be prepaid from your trust fund account.

Offender Name: _____  Number: _____  Housing: _____

I request approval to purchase the items listed below, to be paid for from my personal funds in my Offender account.

| Add to Inventory or Replace Current Item | Item Description: | Size | Color | Qty. | Cost |
|---|---|---|---|---|---|
| ☐ Add ☑ Replace | 1. | | | 1 | $ |
| ☐ Add ☑ Replace | 2. | | | 1 | $ |
| ☐ Add ☑ Replace | 3. | | | 1 | $ |
| ☐ Add ☑ Replace | 4. | | | 1 | $ |
| ☐ Add ☑ Replace | 5. | | | 1 | $ |
| ☐ Add ☑ Replace | 6. | | | 1 | $ |
| ☐ Add ☑ Replace | 7. | | | 1 | $ |

I will purchase these items from: ☐ Commissary ☑ Mail Order Vendor    Subtotal:

Vendor: _____    Tax:
Address: _____    Shipping/Handling:
                          Other Charges:
City: _____ State: _____ Zip: _____    Total:

All items or publications ordered will be inspected for compliance with Operating Procedure 802.1 and/or Operating Procedure 803.2, before I can receive them. I understand that, if they are found not in compliance with DOC operating procedures, I will not be permitted to have them.

I also understand that any publications or property ordered which contain unauthorized advertising items that I am not permitted to have at this facility (to include but not limited to stickers, CDs, collector cards, make-up samples, calendars, etc.) may have the unauthorized items removed and disposed of without notifying me so I can receive my order or publication.

Offender Signature: _____    Date: 7-18-10

Your order is: ☐ Approved ☑ Disapproved, For the following reason: _____

Property Officer Signature: _____    Date: _____

| Business Office Use: | ☐ Sufficient funds (forward to vendor)<br>☐ Insufficient funds (order disapproved) | Initials: | Date: |

I will drop the following from my inventory: Use numbers to match replacement items above, if appropriate. (The items to be dropped from inventory should be brought to personal property to be disposed of in accordance with a Property Disposition Form.)

| 1. | 2. | 3. |
|---|---|---|
| 4. | 5. | 6. |
| 7. | Offender Signature: | |

Date items received in Personal Property: _____    Date issued to offender: _____
Date added to inventory or disposition date: _____
Offender Signature: _____    Date: _____
Property Officer Signature: _____    Date: _____

Original: Personal Property File   Copy: Offender

Revision Date: 2/26/09

VIRGINIA DEPARTMENT OF CORRECTIONS  
Personal Property Request – Add/Drop

Effective Date: August 1, 2009  
Operating Procedure 802.1 Attachment #4

Instructions: Regulated items purchased from the commissary and all items purchased from an approved mail order vendor must have prior approval from the Personal Property Officer, and must be added to your personal property inventory. Submit this completed form along with any order blank, a Withdrawal Request, and a stamped, addressed envelope to Personal Property Officer. All mail order purchases must be prepaid from your trust fund account.

Offender Name: _____  Number: _____  Housing: _____

I request approval to purchase the items listed below, to be paid for from my personal funds in my Offender account.

| Add to Inventory or Replace Current Item | Item Description: | Size | Color | Qty. | Cost |
|---|---|---|---|---|---|
| ☐ Add ☑ Replace | 1. ... | | | 1 | $ |
| ☐ Add ☑ Replace | 2. ... | | | 1 | $ |
| ☐ Add ☑ Replace | 3. ... | | | 1 | $ |
| ☐ Add ☑ Replace | 4. ... | | | 1 | $ |
| ☐ Add ☑ Replace | 5. ... | | | 1 | $ |
| ☐ Add ☑ Replace | 6. ... | | | 1 | $ |
| ☐ Add ☑ Replace | 7. ... | | | 1 | $ |

I will purchase these items from: ☐ Commissary ☑ Mail Order Vendor  Subtotal:  
Vendor: _____  Tax:  
Address: _____  Shipping/Handling:  
Other Charges:  
City: _____ State: MI Zip: _____  Total:

All items or publications ordered will be inspected for compliance with Operating Procedure 802.1 and/or Operating Procedure 803.2, before I can receive them. I understand that, if they are found not in compliance with DOC operating procedures, I will not be permitted to have them.

I also understand that any publications or property ordered which contain unauthorized advertising items that I am not permitted to have at this facility (to include but not limited to stickers, CDs, collector cards, make-up samples, calendars, etc.) may have the unauthorized items removed and disposed of without notifying me so I can receive my order or publication.

Offender Signature: _____  Date: 7-18-10

Your order is: ☐ Approved ☑ Disapproved, For the following reason: _____

Property Officer Signature: _____  Date: _____

Business Office Use: ☐ Sufficient funds (forward to vendor) ☐ Insufficient funds (order disapproved)  Initials: _____  Date: _____

I will drop the following from my inventory: Use numbers to match replacement items above, if appropriate. (The items to be dropped from inventory should be brought to personal property to be disposed of in accordance with a Property Disposition Form.)

| 1. | 2. | 3. |
|---|---|---|
| 4. | 5. | 6. |
| 7. | Offender Signature: _____ | |

Date items received in Personal Property: _____  Date issued to offender: _____  
Date added to inventory or disposition date: _____  
Offender Signature: _____  Date: _____  
Property Officer Signature: _____  Date: _____

Original: Personal Property File  Copy: Offender

Revision Date: 2/26/09

Exhibit 1
Page 8



VIRGINIA DEPARTMENT OF CORRECTIONS  
Personal Property Request – Add/Drop

Effective Date: August 1, 2009  
Operating Procedure 802.1 Attachment #4

---

Instructions: Regulated items purchased from the commissary and all items purchased from an approved mail order vendor must have prior approval from the Personal Property Officer, and must be added to your personal property inventory. Submit this completed form along with any order blank, a Withdrawal Request, and a stamped, addressed envelope to Personal Property Officer. All mail order purchases must be prepaid from your trust fund account.

Offender Name: _____  Number: _____  Housing: _____

I request approval to purchase the items listed below, to be paid for from my personal funds in my Offender account.

| Add to Inventory or Replace Current Item | Item Description: | Size | Color | Qty. | Cost |
|---|---|---|---|---|---|
| ☐ Add ☑ Replace | 1. | | | 1 | |
| ☐ Add ☑ Replace | 2. | | | 1 | |
| ☐ Add ☑ Replace | 3. | | | 1 | |
| ☐ Add ☑ Replace | 4. | | | 1 | |
| ☐ Add ☑ Replace | 5. | | | 1 | |
| ☐ Add ☑ Replace | 6. | | | 1 | |
| ☐ Add ☑ Replace | 7. | | | 1 | |

I will purchase these items from: ☐ Commissary  ☑ Mail Order Vendor     Subtotal: _____

Vendor: _____     Tax: _____

Address: _____     Shipping/Handling: _____

     Other Charges: _____

City: _____ State: _____ Zip: _____     Total: _____

All items or publications ordered will be inspected for compliance with Operating Procedure 802.1 and/or Operating Procedure 803.2, before I can receive them. I understand that, if they are found not in compliance with DOC operating procedures, I will not be permitted to have them.

I also understand that any publications or property ordered which contain unauthorized advertising items that I am not permitted to have at this facility (to include but not limited to stickers, CDs, collector cards, make-up samples, calendars, etc.) may have the unauthorized items removed and disposed of without notifying me so I can receive my order or publication.

Offender Signature: _____     Date: 7-18-10

Your order is: ☐ Approved   ☑ Disapproved, For the following reason: _____

Property Officer Signature: _____     Date: _____

Business Office Use: ☐ Sufficient funds (forward to vendor)  ☐ Insufficient funds (order disapproved)    Initials: _____  Date: _____

I will drop the following from my inventory: Use numbers to match replacement items above, if appropriate. (The items to be dropped from inventory should be brought to personal property to be disposed of in accordance with a Property Disposition Form.)

| 1. | 2. | 3. |
|---|---|---|
| 4. | 5. | 6. |
| 7. | Offender Signature: | |

| Date items received in Personal Property: | Date issued to offender: |
|---|---|
| Date added to inventory or disposition date: | |
| Offender Signature: | Date: |
| Property Officer Signature: | Date: |

Original: Personal Property File   Copy: Offender

Revision Date: 2/26/09

EXHIBIT
Page 9

**VIRGINIA DEPARTMENT OF CORRECTIONS**
Personal Property Request – Add/Drop

Effective Date: August 1, 2009
Operating Procedure 802.1 Attachment #4

Instructions: Regulated items purchased from the commissary and all items purchased from an approved mail order vendor must have prior approval from the Personal Property Officer, and must be added to your personal property inventory. Submit this completed form along with any order blank, a Withdrawal Request, and a stamped, addressed envelope to Personal Property Officer. All mail order purchases must be prepaid from your trust fund account.

Offender Name: _____    Number: _____    Housing: _____

I request approval to purchase the items listed below, to be paid for from my personal funds in my Offender account.

| Add to Inventory or Replace Current Item | Item Description: | Size | Color | Qty. | Cost |
|---|---|---|---|---|---|
| ☐ Add ☑ Replace | 1. "Larry _____ Law _____" | | | 1 | $32.00 |
| ☐ Add ☑ Replace | 2. "_____ A2 _____ Reporter" | | | 1 | $ |
| ☐ Add ☑ Replace | 3. "Noble _____ " | | | 1 | $24.00 |
| ☐ Add ☑ Replace | 4. "_____ " | | | 1 | $ |
| ☐ Add ☑ Replace | 5. "Bull _____ Chronicles (_____)" | | | 1 | $ |
| ☐ Add ☑ Replace | 6. "The Jailhouse Lawyers Handbook" | | | 1 | $26.00 |
| ☐ Add ☑ Replace | 7. "Ulysses by James Joyce" | | | 1 | $24.00 |

I will purchase these items from: ☐ Commissary  ☑ Mail Order Vendor    Subtotal:

Vendor: Noble Knights    Tax:
Address: 2219 Green Valley Dr    Shipping/Handling: $5.00
Other Charges:
City: Janesville  State: WI  Zip: 53546    Total: $117.00

All items or publications ordered will be inspected for compliance with Operating Procedure 802.1 and/or Operating Procedure 803.2, before I can receive them. I understand that, if they are found not in compliance with DOC operating procedures, I will not be permitted to have them.

I also understand that any publications or property ordered which contain unauthorized advertising items that I am not permitted to have at this facility (to include but not limited to stickers, CDs, collector cards, make-up samples, calendars, etc.) may have the unauthorized items removed and disposed of without notifying me so I can receive my order or publication.

Offender Signature: _____    Date: 7-18-10

Your order is: ☐ Approved ☑ Disapproved, For the following reason: _____

Property Officer Signature: _____    Date: _____

Business Office Use:  ☐ Sufficient funds (forward to vendor)   Initials: _____  Date: _____
                      ☐ Insufficient funds (order disapproved)

I will drop the following from my inventory: Use numbers to match replacement items above, if appropriate. (The items to be dropped from inventory should be brought to personal property to be disposed of in accordance with a Property Disposition Form.)

| 1. 7 books | 2. | 3. |
| 4. | 5. | 6. |
| 7. | Offender Signature: _____ | |

Date items received in Personal Property: _____    Date issued to offender: _____
Date added to inventory or disposition date: _____
Offender Signature: _____    Date: _____
Property Officer Signature: _____    Date: _____

Original: Personal Property File    Copy: Offender

Revision Date: 2/26/09



EXHIBIT I
Page 10

**VIRGINIA DEPARTMENT OF CORRECTIONS**
Personal Property Request – Add/Drop

Effective Date: August 1, 2009
Operating Procedure 802.1 Attachment #4

Instructions: Regulated items purchased from the commissary and all items purchased from an approved mail order vendor must have prior approval from the Personal Property Officer, and must be added to your personal property inventory. Submit this completed form along with any order blank, a Withdrawal Request, and a stamped, addressed envelope to Personal Property Officer. All mail order purchases must be prepaid from your trust fund account.

Offender Name: _Jason Chan_    Number: _____    Housing: _____

I request approval to purchase the items listed below, to be paid for from my personal funds in my Offender account.

| Add to Inventory or Replace Current Item | Item Description: | Size | Color | Qty. | Cost |
|---|---|---|---|---|---|
| ☐ Add ☒ Replace | 1. | | | 1 | |
| ☐ Add ☒ Replace | 2. | | | 1 | |
| ☐ Add ☒ Replace | 3. | | | 1 | |
| ☐ Add ☒ Replace | 4. | | | 1 | |
| ☐ Add ☒ Replace | 5. | | | 1 | |
| ☐ Add ☒ Replace | 6. | | | 1 | |
| ☐ Add ☒ Replace | 7. | | | | |

I will purchase these items from: ☐ Commissary  ☒ Mail Order Vendor    Subtotal:
Vendor: _The Hat Rack_    Tax:
Address: _540 Martin Luther Rd 355_    Shipping/Handling:
    Other Charges:
City: _Orov_    State: _MI_    Zip: _48342_    Total:

All items or publications ordered will be inspected for compliance with Operating Procedure 802.1 and/or Operating Procedure 803.2, before I can receive them. I understand that, if they are found not in compliance with DOC operating procedures, I will not be permitted to have them.

I also understand that any publications or property ordered which contain unauthorized advertising items that I am not permitted to have at this facility (to include but not limited to stickers, CDs, collector cards, make-up samples, calendars, etc.) may have the unauthorized items removed and disposed of without notifying me so I can receive my order or publication.

Offender Signature: _____    Date: _7-12-10_

Your order is: ☐ Approved  ☒ Disapproved, For the following reason: _____
Property Officer Signature: _____    Date: _____

Business Office Use:  ☐ Sufficient funds (forward to vendor)  ☐ Insufficient funds (order disapproved)    Initials:    Date:

I will drop the following from my inventory: Use numbers to match replacement items above, if appropriate. (The items to be dropped from inventory should be brought to personal property to be disposed of in accordance with a Property Disposition Form.)

1. _6 Books_    2.    3.
4.    5.    6.
7.    Offender Signature: _____

Date items received in Personal Property: _____    Date issued to offender: _____
Date added to inventory or disposition date: _____
Offender Signature: _____    Date: _____
Property Officer Signature: _____    Date: _____

Original: Personal Property File  Copy: Offender

Revision Date: 2/26/09

In The United States District Court For The Western District of Virginia

Jason Clem,
    plaintiff,

V.                                     Civil Action No. 7:10-cv-000169-sgw-mfu

Gene Johnson, et al.,
    Defendants.

## Affidavit of Jesse Clem

Jesse Clem, being first duly sworn, deposes as follows:

1. I am the brother of Jason Clem.

2. On the Fourth of July, 2009 I had a visit with my brother at Wallens Ridge State Prison. I was accompanied by my mother.

3. During that visit my brother had a discussion with a woman guard who was later identified to me as Lieutenant Collins. My brother asked her, when she was walking by, why she has disapproved his book. She didn't remember what book he was talking about. Jason told her it waas about dragons. When he told her that she told him she remembered why she had disapproved it. She said she had orders from the Major to disapprove all Dungeons and Dragons books. She said she was told to make up reasons for disapproving them. She then told Jason that the reason she uses to disapprove Dungeons and Dragons books is that they tell you to hurt other people. When Jason told her that they don't and his book didn't either she said she doesn't really believe they really tell you to hurt other people but that is just what she says. Jason asked her what he could do about it and she said there wasn't much he could do about it here. She said it would just cause problems with the major. She suggested that he might want to write someone in Richmond and they might do something about it. After that Jason thanked her and she left we continued our visit.

*Jesse Clem*

Sworn to me before this 21st day of May 2010.

*Detra Shell Smith*

DETRA SHELL SMITH
Notary Public
Commonwealth of Virginia
My Commission Expires October 31, 2012
Commission ID# 168009